| | |
|---|---|
| 1 | SCHEER LAW GROUP, LLP |
| | SPENCER P. SCHEER #107750 |
| 2 | JOSHUA L. SCHEER #242722 |
| | REILLY D. WILKINSON #250086 |
| 3 | JONATHAN SEIGEL #168224 |
| | 155 N. Redwood Drive, Suite 100 |
| 4 | San Rafael, CA 94903 |
| | Telephone: (415) 491-8900 |
| 5 | Facsimile: (415) 491-8910 |
| | P.065-132336S |
| 6 | |
| | Attorneys for Secured Creditor |
| 7 | PROVIDENT CREDIT UNION |

UNITED STATES BANKRUPTCY COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re: | Bk. No. 09-70013-WJL |
| GARY MICHAEL RUTLEDGE and | Chapter 13 |
| LILIBETH RUTLEDGE, | STIPULATION VACATING AUTOMATIC STAY |
| Debtors. | Hearing-**NO HEARING REQUESTED** |
| | Date: |
| | Time: |
| | Place: Bankruptcy Court |

I. RECITAL

PROVIDENT CREDIT UNION ("Secured Creditor"), through its counsel REILLY D. WILKINSON of SCHEER LAW GROUP, LLP and GARY MICHAEL RUTLEDGE and LILIBETH RUTLEDGE ("Debtors"), through their counsel, hereby agree and stipulate that the following may be entered in an order by the court:

II. STIPULATION

IT IS STIPULATED that the Automatic Stay in the above entitled proceeding is immediately vacated and extinguished to allow Secured Creditor or its agents to take all steps necessary under State law to repossess personal property collateral identified as a **2001 Volvo S60, VIN No. YV1RS58D912039823,** ("Vehicle"), (including the sending of all State law

notices, required to sell the Vehicle) and to sell the Vehicle and apply the proceeds of any sale to the Debtors' loan balance. Debtors are further ordered to cooperate in turning over the Vehicle. In the event that Debtors fail to surrender the Vehicle, Lender may return to this court for further orders necessary to enforce this order.

IT IS FURTHER STIPULATED that the Automatic Stay as it pertains to Secured Creditor's interest in the subject personal property shall be and is hereby terminated and vacated for all purposes. Secured Creditor shall not be required to wait any additional time to proceed to take possession of the subject collateral, the provisions of Federal Rule of Bankruptcy Procedure 4001(a)(3) being hereby waived.

APPROVED AS TO FORM AND CONTENT:

DATED: October 11, 2012 /s/ ANNE Y. SHIAU
Attorney for Debtors

DATED: October 11, 2012 /s/ REILLY D. WILKINSON
Attorney for Secured Creditor